N THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| State Farm Fire & Casualty Company, | ) | Case No.: 3:13-cv-01253-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| Benjamin J. Levinson, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It appearing to the satisfaction of the Court that the underlying case against Defendant Levinson giving rise to the instant declaratory action has been resolved. The parties by consent hereby dismiss this action without prejudice to refile should additional coverage disputes arise out of the same policy, with each side to bear its own costs and expenses.

IT IS SO ORDERED.

December 19, 2013  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge

**WE CONSENT:**

Clawson and Staubes, LLC

s/Timothy A. Domin  
Timothy A. Domin  
District of S. C. Federal Bar No. 5828  
Attorney for Plaintiff

**WE CONSENT:**

Moore Taylor & Thomas, PA

s/S. Jahue Moore  
S. Jahue Moore  
District of S. C. Federal Bar No. 3120  
Attorney for Defendant